G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
**MARTIN & BONTRAGER, APC**
6565 W. Sunset Blvd., Suite 410
Los Angeles, CA 90028
Telephone: (323) 940-1700
Fax: (323) 238-8095
Attorneys for Plaintiff
Alberto Sparks

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Alberto Sparks,<br><br>        Plaintiff,<br><br>vs.<br><br><br>Discover Bank, et. al.<br><br><br>        Defendants. | **Case No.: CV 14-01157-GW-FFM**<br><br>**NOTICE OF SETTLEMENT** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff ALBERTO SPARKS ("Plaintiff") and Defendant DISCOVER BANK ("Defendant"), by and through their respective attorneys, hereby represent that they have entered into a mutually agreeable settlement which has resolved all issues and controversies in this matter. The parties expect all terms of that agreement to be completed within 45 days. The parties therefore respectfully request that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: December 4, 2014

                    RESPECTFULLY SUBMITTED,

                    **MARTIN & BONTRAGER, APC**

By:*/s/ G. Thomas Martin III*
    G. Thomas Martin, III
    Attorney for Plaintiff,
    Alberto Sparks

Jaffe & Asher LLP

By:/s/ Lawrence M. Nessenson
    Lawrence M. Nessenson
    Attorney for Defendant Discover Bank

1

# PROOF OF SERVICE

I filed electronically on this 5th day of December, 2014, Notice of Settlement:

United States District Court CM/ECF system

Notification sent via email on this 5th of December, 2014, to:

Larry Nessenson, Esq.

Jaffe & Asher LLP

600 Third Avenue

New York, NY 10016

Email:  Larry Nessenson <lnessenson@jaffeandasher.com>


This 5th day of December, 2014

<u>s/ G. Thomas Martin, III</u>
   G. Thomas Martin, III